UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3302 VAP (MRW) | Date | August 14, 2015 |
|---|---|---|---|
| Title | Villalobos v. Ducart | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: RESPONSE TO DISMISSAL MOTION

In July 2015, the Attorney General moved to dismiss this habeas action on procedural grounds. (Docket # 8.) The Court issued an order requiring Petitioner to respond to the motion by July 22, 2015. (Docket # 10.) To date, Petitioner has not filed any response to the motion or the Court's order.

Petitioner is ordered to show cause why the motion should not be granted for the grounds stated by the Attorney General and for Petitioner's failure to oppose the motion pursuant to Local Rule 7-12. Petitioner's response to the OSC <u>and</u> his substantive response to the motion are due by or before September 8, 2015.

**Petitioner is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action.**